# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 587 MAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CONLEY LEON ROBINSON, | : | |
| | : | |
| Petitioner | : | |

## **ORDER**

**PER CURIAM**

**AND NOW**, this 4th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.